IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br> *Plaintiff*, <br><br> vs. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN DETTELBACH in his official capacity as Director of the Bureau of Alcohol Tobacco and Firearms, U.S. DEPARTMENT OF JUSTICE, and MERRICK GARLAND, in his official capacity as U.S. Attorney General <br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:23-cv-1471-L |

### THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S NOTICE OF RELATED CASES

Pursuant to the Court's Order dated July 25, 2023 (Doc. 11) and Local Rule 3.3, the National Rifle Association of America (the "**NRA**") files Notice of Related Cases (the "**Notice**") and states the following.

The NRA is aware of the following potentially related matters that may share a common nucleus of operative fact with the above-styled action:[1]

1. *Mock, et al. v. Garland, et al.*, Civil Action No. 4:23-cv-00095-O, in the United States District Court for the Northern District of Texas, Dallas Division – pending before Judge Reed O'Connor, with interlocutory appeal pending under Fifth Circuit number 23-10319.

2. *Second Amendment Foundation, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Civil Action No. 3:21-cv-116-B, in the United States District Court for the Northern District of Texas, Dallas Division – pending before Judge Jane Boyle, with the NRA's interlocutory appeal regarding denial of intervention pending under Fifth Circuit case number 23-10707.

---

[1] *See* L.R. 3.3.b.3 (defining "related case" as including rises from a common nucleus of operative fact with the case being filed or removed, regardless of whether the related case is a pending case).

3. *State of Texas, et al. v. U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Civil Action No. 6:23-cv-00013, in the United States District Court for the Southern District of Texas, Victoria Division – pending before Judge Drew Tipton.

4. *Britto, et al. v. U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Civil Action No. 2:23-cv-00019-Z, in the United States District Court for the Northern District of Texas, Amarillo Division – pending before Judge Matthew Kacsmaryk.

5. *Watterson v. U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, Civil Action No. 4:23-cv-00080-ALM, in the United States District Court for the Eastern District of Texas, Sherman Division – pending before Judge Amos Mazzant.

6. *Firearms Regulatory Accountability Coalition, Inc., et al. v. Garland, et al.*, Civil Action No. 1:23-cv-00024-DLH-CRH, in the United States District Court for the District of North Dakota – pending before Judge Daniel Hovland.

7. *Miller v. Garland, et al.*, Civil Action No. 1:23-cv-00195-RDA-JFA, in the United States District Court for the Eastern District of Virginia, Alexandria Division – pending before Judge Rossie Alston, Jr.

Dated: July 31, 2023

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: <u>*/s/ William A. Brewer III*</u>
    William A. Brewer III
     State Bar No. 02967035
     wab@brewerattorneys.com
    Matthew H. Davis
     State Bar No. 24069580
     mhd@brewerattorneys.com
    Noah Peters (*pro hac vice* forthcoming)
     nbp@brewerattorneys.com

1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF
THE NATIONAL RIFLE
ASSOCIATION OF AMERICA**

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing document was served via regular mail on this 31st day of July 2023, upon each of the parties listed below:

Merrick Garland
U.S. Attorney General
1100 Commerce 3rd Floor
Dallas, TX 75242-1699

Merrick Garland
U.S. Attorney General
950 Pennsylvania Ave.
NW, Washington DC 20530-0001

U.S. Department of Justice
1100 Commerce, 3rd Floor
Dallas, TX 75242-1699

<u>**NATIONAL RIFLE ASSOCATION OF AMERICA'S
NOTICE OF RELATED CASES**</u>       Page 3

U.S. Department of Justic
950 Pennsylvania Av.
NW, Washington DC  20530-0001

Bureau of Alcohol Tobacco and Firearms
950 Pennsylvania Av.
NW, Washington DC  20530-0001

Bureau of Alcohol Tobacco and Firearms
1100 Commerce, 3rd Floor
Dallas, TX  75242-1699

                                                   */s/ Matthew H. Davis*
                                                   Matthew H. Davis