# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:23-CV-1471-L |

## STATUS REPORT

Pursuant to the Court's April 18, 2024 Order, ECF No. 45, the parties provide the following status report.[1] On July 25, 2025, the Fifth Circuit entered an order granting a stipulation to dismiss the appeal in *Mock v. Bondi*, No. 24-10743 (5th Cir.). Accordingly, the final rule at issue in this action, *Factoring Criteria for Firearms with "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023), is vacated by *Mock v. Garland*, No. 4:23-cv-95-O, 2024 WL 2982056 (N.D. Tex. June 13, 2024). The parties are currently engaged in discussions to resolve this case without further litigation and thus respectfully request that the Court maintain its stay for an additional 14 days.

Dated: August 8, 2025                    Respectfully submitted,

                                         BRETT A. SHUMATE
                                         Assistant Attorney General

                                         ANDREW I. WARDEN
                                         Assistant Branch Director

---

[1] Undersigned counsel has conferred with Plaintiff in the preparation and filing of this status report, and Plaintiff joins in this submission.

1

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 8, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice
