**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br>       *Plaintiff*, <br><br>   v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br>       *Defendants*. | Civil Action No. 3:23-CV-1471-L |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff hereby dismisses this action without prejudice. Each side shall bear its own fees and costs.

Dated: August 21, 2025

Respectfully submitted,

*/s/ William A. Brewer III*
William A. Brewer III
State Bar No. 0296703
Brewer Attorneys & Counselors
wab@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*